**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA                                   :
                                                           :
        v.                                       :
                                                           :   Case No. 16-cr-00595 (JPO)
BRIAN BLOCK,                                               :
                                                           :
        Defendant.                               :
                                                           :
-----------------------------------------------------------x

### NOTICE OF DEFENDANT BRIAN S. BLOCK'S
### MOTION TO DISMISS AND STRIKE

Defendant Brian S. Block, through counsel, respectfully moves: (1) for dismissal of the

Indictment; and (2) in the alternative, to strike paragraphs 12, 15, 16, 17, 18, and 19 of the

Indictment in part and 25 in whole.

Respectfully submitted,

/s/ Reid H. Weingarten
Reid H. Weingarten
Michael C. Miller
Michelle L. Levin
Michael G. Scavelli
Jeffrey A. Novack
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Counsel for Brian S. Block*

Dated: February 28, 2017